**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02354-STV

ROLANDO CABRERA RODRIGUEZ,

     Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement;
JUAN BALTAZAR, Warden of Denver Contract Detention Facility;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and
U.S. DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 10] entered by United States Magistrate Judge Scott T. Varholak on June 12, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall be released from custody within seven days of this Order, subject to the conditions that existed under Petitioner's former Section 1182(d)(5)(A) parole. It is further

ORDERED that the Respondents to file a status report within seven days of the issuance of the Court's opinion and judgment to certify compliance with this opinion and the corresponding judgment.

2

DATED at Denver, Colorado, this 12th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By:  s/Stephanie Price
     Stephanie Price, Deputy Clerk